IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN M. SHEPTAK, | ) |
| | ) Civil Action No. 09-1385 |
| Plaintiff, | ) |
| | ) JUDGE MCVERRY |
| v. | ) |
| | ) Electronically Filed |
| EAGLE PRINTING COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW come the Parties, by and through their attorneys, and hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) to the dismissal of the above-captioned action with prejudice, without any award of fees and costs by the Court.

Respectfully submitted,

| | |
|---|---|
| /s/Joseph H. Chivers | /s/ Lawrence P. Lutz |
| Joseph H. Chivers, Esquire | Lawrence P. Lutz, Esquire |
| Suite 1010 | Lutz & Pawk |
| 100 First Avenue | The Morgan Center Building |
| Pittsburgh, PA 15222 | Suite 102, 101 East Diamond Street |
| (412) 227-0763 | Butler, PA 16001 |
| jchivers@employmentrightsgroup.com | (724) 285-3400 |
| | larrylutz@zoominternet.net |
| **Counsel for Plaintiff** | **Counsel for Defendant** |
| Stephen M. Sheptak | Eagle Printing Company, Inc. |

**Date: November 17, 2010**